UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:23-cv-00029-KDB-DCK

| | |
|---|---|
| DEBRA C. CLOER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BANK OF NEW YORK MELLON, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on its review of the docket in this matter.

Pro se Plaintiff filed a Complaint in this matter on February 27, 2023. [Doc. 1]. The Court denied Plaintiff's initial motion to proceed in forma pauperis without prejudice to amending her application or paying the filing fee for the reasons stated in the Court's Order. [Doc. 3]. The Court admonished Plaintiff that this action would be dismissed without prejudice and without further notice to Plaintiff if Plaintiff failed to comply with the Court's Order. [Id. at 2]. Plaintiff has not complied and the deadline to do so has expired. As such, the Court will dismiss this action.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED without prejudice**.

The Clerk is instructed to terminate this proceeding.

Signed: April 3, 2023

Kenneth D. Bell
United States District Judge