# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Debra C. Cloer, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:23-cv-00029-KDB-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Shellpoint Mortgage Servicing LLC | ) | |
| Bank of New York Mellon, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 3, 2023 Order.

April 3, 2023

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court